```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO. 4:09CR00203-001 SWW

SHANE LEON TADLOCK

### ORDER

The above entitled cause came on for hearing on government's petition [doc #15] to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of defendant, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TWELVE (12) MONTHS AND ONE (1) DAY** in the custody of the Bureau of Prisons. The Court recommends that defendant be placed in a medical facility that can address defendant's substantial mental health issues and that defendant participate in mental health counseling during incarceration.

There will be **ONE (1) YEAR** of supervised release to follow and shall include the following special conditions:

> 1. Defendant shall be subject to drug testing and shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further,

>defendant shall abstain from the use of alcohol throughout the course of any treatment.
>
>2. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.
>
>3. Defendant shall follow all standard conditions of supervised release previously imposed.

The defendant is remanded to the custody of the U. S. Marshal for service of sentence imposed.

IT IS SO ORDERED this 13th day of May 2010.

>/s/Susan Webber Wright
>
>United States District Judge